**No. P68/58.**—Schuster Naval Stores Company v. United States, protests 62/9334 and 64/11189 (Tampa).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of galvanized wire fencing, composed of wires not over twenty one-hundredths and not

under eight one-hundredths of one inch in diameter, similar in all material respects to that the subject of *Amerlux Steel Products Corp. et al.* v. *United States* (52 Cust. Ct. 83, C.D. 2441), the claim of the plaintiff was sustained.